IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JURRELL CRAWFORD, # 282013, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:15-CV-440-WKW ) |
| KENNETH DRAKE, *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

On October 21, 2015, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 19.) Upon an independent review of the file and consideration of the Recommendation, it is ORDERED that

(1) The Recommendation is ADOPTED;

(2) Plaintiff's motion for preliminary injunction (Doc. # 13) is DENIED as moot; and

(3) The case is referred back to the Magistrate Judge for additional proceedings.

DONE this 16th day of November, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE